1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNETTE FOOS, a single woman,

　　　　　　　　Plaintiff,

　　　　v.

HOLLAND AMERICA LINE, INC., et al.,

　　　　　　　　Defendants.

CASE NO. C07-321RSM

ORDER GRANTING MOTION TO
DISMISS

　　　　Plaintiff filed this action for personal injury, seeking damages for injuries allegedly sustained while a passenger aboard one of defendant's cruise ships.  On June 13, 2007, the Court issued its standard initial order, directing the parties to file a joint status report, with the responsibility for initiating the necessary communications assigned to plaintiff.   The joint status report, due by July 25, 2007,  has not been filed.

　　　　On December 11, 2007, defendants moved to dismiss this action for plaintiff's failure to comply with the initial procedural order, and for plaintiff's failure to appear at deposition.  Plaintiff has not opposed that motion in any way, nor has she filed any documents in this case subsequent to the filing of the complaint.[1]

_____

[1]A notation on the docket of this case indicates that the clerk placed a call to plaintiff's counsel regarding the joint status report, and was informed counsel had withdrawn.  However, counsel has never filed a notice of withdrawal or motion to withdraw as required, despite being advised by the clerk that this was necessary.

ORDER ON MOTION TO DISMISS - 1

1    Accordingly, defendants' motion to dismiss is GRANTED, and this case is hereby DISMISSED

2    for plaintiff's failure to prosecute, failure to appear at deposition, and failure to comply with the Court's

3    local rules and with the Order directing the filing of a joint status report.  F.R.Civ.Proc.  37(d);

4    F.R.Civ.Proc. 41(b); Local Rule CR 7(b0(2).

5

6    DATED this 30th day of January 2008.

7

8    RICARDO S. MARTINEZ
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER ON MOTION TO DISMISS - 2